IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RALPH-EDWARD HEITMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>IDAHO STATE TAX COMMISSION, )<br>BRIAN NICHOLAS, DONNA PIERCE, )<br>DON L. HARDING, MARTIN HARRIS, )<br>ALAN R. PACK, AMY BROWN, )<br>KRISTINE BENDERE, KATIE VILLA, )<br>INTERNAL REVENUE SERVICE, )<br>BEAR LAKE COUNTY TAX )<br>COMMISSION, RODNEY WALLENTINE,)<br>MONTAIN KUNX, VAUGHN )<br>RASMUSSEN, DWIGHT COCHRAN, )<br>BRENT BUNN, )<br>Defendants. )<br>_____) | Case No. CV-07-210-E-BLW<br><br>**PRE-FILING ORDER** |

On April 16, 2008, this Court found Plaintiff Ralph-Edward Heitman was engaged in harassing and abusive litigation sufficient to warrant a Vexatious Litigant Order against him. On that date the Court entered a Pre-Filing Review Order (Docket No. 40). This Order directs the Clerk of the Court to reject any filing of action, pleading, or letters in the U.S. District Court for the District of Idaho involving claims that have previously been found to lack merit without first obtaining leave of the Chief Judge of the Court. Those claims previously found to lack merit include: "(1) Any action involving property in the alleged homeowners

development of Bear Lake West Home Owners Association, . . . or any persons associated with such corporation, . . . (2) Any action described as analogous to federal admiralty law or maritime law; and (3) Any action bearing any description arising out of or related to the subject matter of Case Nos. CV-06-477-E-JLQ, CV-07-150-E-BLW, CV-07-209-E-BLW, and CV-07-210-E-BLW." Pre-Filing Review Order (Docket No. 40).

On April 18, 2008, Plaintiff Ralph-Edward Heitman attempted to file another complaint in the U.S. District Court for the District of Idaho. That complaint has been reviewed by the Chief Judge and has been found to violate the pre-filing review order in that it relates to the Bear Lake West Home Owners Association, it is analogous to federal admiralty and maritime law, and is related to the subject matter of past cases filed with this Court. Accordingly, the Court shall not accept the filing.

NOW THEREFORE IT IS HEREBY ORDERED that the Clerk of the Court shall not accept Plaintiff Ralph-Edward Heitman's filing of April 18, 2008.

DATED: **June 6, 2008**

Honorable B. Lynn Winmill
Chief U. S. District Judge